# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

RADLEY BRADFORD, individually, and on behalf of all others similarly situated,

    Plaintiff,

v.

LENDING CLUB CORPORATION,

    Defendant.

_____/

Case No. 4:21-CV-00588

[Assigned to the Hon. Vanessa D. Gilmore]

## SECOND UNOPPOSED MOTION TO ENLARGE TIME FOR DEFENDANT LENDINGCLUB CORPORATION TO RESPOND TO COMPLAINT

Defendant LendingClub Corporation ("LendingClub") files this Second Unopposed Motion (the "Second Motion") for Enlargement of Time to Respond to the Complaint of plaintiff Radley J. Bradford ("Plaintiff") and respectfully states the following:

1. On February 24, 2021, Plaintiff filed a complaint ("Complaint") commencing this action against LendingClub. (ECF No. 1.)

2. On March 18, 2021, Plaintiff served the Summons and Complaint on LendingClub.

3. On April 7, 2021, LendingClub filed an Unopposed Motion to Enlarge Time for LendingClub to Respond to Complaint ("First Motion")—from April 9, 2021 to and including May 10, 202—to provide the parties with additional time to determine whether this action could be resolved without need for further litigation. (ECF No. 11.)

4. On April 7, 2021, the Court granted the First Motion. (ECF No. 13.)

5. The parties have since met and conferred regarding the merits of the allegations in Plaintiff's Complaint.

6. On May 4, 2021, counsel for Plaintiff advised counsel for LendingClub that Plaintiff intends to file an amended complaint, but will not be able to file the same before LendingClub's deadline to respond to the Complaint on May 10, 2021.

7. LendingClub therefore respectfully requests that the Court enlarge its time to respond to the Complaint, by answer, motion or otherwise, by thirty (30) days, to and including June 9, 2021.

8. This is the second request for an enlargement of time and is not made for purposes of delay, but so as to serve the interest of judicial economy and avoid expending unnecessary resources in connection with responding to the Complaint, which Plaintiff intends to amend.

9. The extension sought in the Second Motion will fall after dates and deadlines set forth in the *Order for Conference and Disclosure of Interested Parties*. (See ECF No. 6.) The Parties will comply with any dates and deadlines set forth in the Order, including filing a joint report by May 25, 2021 and appearing for the initial pretrial and scheduling conference on June 4, 2021.

WHEREFORE, PREMISES CONSIDERED, LendingClub respectfully requests that the Court enlarge its time to respond to the Complaint, by answer, motion or otherwise, to June 9, 2021, and requests any further relief to which it may be entitled.

///

///

///

Dated: May 7, 2021												Respectfully submitted,

By:  /s/ *Brian C. Frontino*
Brian C. Frontino
STROOCK & STROOCK & LAVAN LLP
200 South Biscayne Boulevard, Suite 3100
Miami, Florida 33131
Telephone:  (305) 358-9900
Facsimile:  (305) 789-9302
bfrontino@stroock.com
lacalendar@stroock.com

Attorneys for Defendant
	*LendingClub Corporation*

## CERTIFICATE OF CONFERENCE

I certify that on May 6, 2021, I, as counsel for LendingClub, conferred with counsel for Plaintiff via email, and counsel for Plaintiff confirmed that Plaintiff does not oppose the relief sought herein.

*/s/ Brian C. Frontino*
Brian C. Frontino

MIA 31497054

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the Court's CM/ECF system on the following counsel of record on May 7, 2021:

Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
mbadwan@sulaimanlaw.com

*Attorneys for Plaintiff*

                                                            */s/ Brian C. Frontino*
                                                            Brian C. Frontino

MIA 31497054