United States District Court
Southern District of Texas
**ENTERED**
June 04, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RADLEY BRADFORD, § § § Plaintiff, § VS. § LENDING CLUB CORPORATION, § § § Defendant. § | CIVIL ACTION NO. 4:21-CV-588 |

## SCHEDULING ORDER

1. 10/1/2021 **AMENDMENTS TO PLEADINGS and ADDITION OF NEW PARTIES**
Party requesting joinder will furnish a copy of this scheduling order to new parties.

**EXPERTS**

2a. 11/1/2021 Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(a)(2).

2b. 12/1/2021 Defendant, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(a)(2).

3. 3/1/2022 **DISCOVERY**
Counsel may, by agreement continue discovery beyond the deadline. No continuance will be granted because of information acquired in post-deadline discovery.

4. 9/1/2021 Motion for Class Certification filing deadline.

5. 4/1/2022 **MOTIONS DEADLINE**
Including any motion challenging an expert witness. (only motions in limine on issues other than experts may be filed after this date) The motion deadline may not be changed by agreement.

|     |              | **JOINT PRETRIAL ORDER** |
|-----|--------------|--------------------------|
| 5a. | 8/19/2022    | THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date. (Where available, Defendant should supply Plaintiff with a computer disc) |
| 5b. | 8/22/2022    | THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date. |
| 6.  | 8/26/2022    | **DOCKET CALL** is set at 1:30 p.m. in Courtroom 9A. |
|     |              | **TRIAL** |
| 7.  | September 2022 | Case is subject to being called to trial on short notice during this month. |
| 7a. | 1 day        | Estimated days to try |
| 7b. | Jury Trial   | Trial to be jury or non-jury |

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED at Houston, Texas, this 4th day of June, 2021.

---

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE