UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RADLEY BRADFORD, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>LENDINGCLUB CORPORATION,<br><br>    Defendant.<br>_____ / | Case No. 4:21-cv-00588<br><br>Assigned to the Hon. Vanessa D. Gilmore |

**DEFENDANT LENDINGCLUB CORPORATION'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Defendant LendingClub Corporation ("LendingClub"), by and through its undersigned counsel of record, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. Pursuant to the Order for Conference and Disclosure of Interested Parties, these representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Plaintiff Radley Bradford;

2. Plaintiff's counsel of record; and

3. LendingClub; and

4. LendingClub's counsel of record.

Further, pursuant to Federal Rule of Civil Procedure 7.1, LendingClub further certifies that no publicly held company owns 10% or more of its stock.

Dated:  June 28, 2021

Respectfully submitted,

By:  /s/  *Brian C. Frontino*
Brian C. Frontino
Florida Bar No. 95200
STROOCK & STROOCK & LAVAN LLP
200 South Biscayne Boulevard, Suite 3100
Miami, Florida 33131
Telephone:  (305) 358-9900
Facsimile:  (305) 789-9302
bfrontino@stroock.com
lacalendar@stroock.com

Attorneys for Defendant
*LendingClub Corporation*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Clerk of the Court via CM/ECF on June 28, 2021, and served on all counsel or parties of record on the Service List below:

## **SERVICE LIST**

Mohammed O. Badwan, Esq.
Victor T. Metroff, Esq.
Sulaiman Law Group, Ltd.
2500 S Highland Ave., Suite 200
Lombard, IL 60148
T: (630) 575-8180
mbadwan@sulaimanlaw.com
vmetroff@sulaimanlaw.com

*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　　*/s/ Brian C. Frontino*
　　　　　　　　　　　　　　　　　　　　Brian C. Frontino