UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RADLEY BRADFORD, individually, and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>LENDING CLUB CORPORATION,<br><br>   Defendant. | Case No. 4:21-cv-00588<br><br>Honorable Judge Vanessa D. Gilmore |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that RADLEY BRADFORD ("Plaintiff") and LENDING CLUB CORPORATION ("Defendant"), hereby notify the Court that the parties have reached settlement as to Plaintiff's individual claims only. Plaintiff intends on dismissing the class claims without prejudice. The parties are in the process of completing the settlement and intend on filing dismissal papers within 45 days.

DATED: January 31, 2022

Respectfully submitted,

**RADLEY BRADFORD**

By: */s/ Mohammed O. Badwan*

Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mbadwan@sulaimanlaw.com

1