United States District Court
Southern District of Texas
**ENTERED**
February 10, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RADLEY BRADFORD, individually and on behalf of all other similarly situated | § § § § | |
| VS | § | CIVIL ACTION NO. 4:21-588 |
| LENDING CLUB CORPORATION | § § § | |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this action has been reached (*see* Doc. No. 34). Therefore, this case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within forty-five days if the settlement is not consummated. Parties should submit their agreed upon judgment in the next forty-five days.

SIGNED at Houston, Texas, this  3rd  day of February 2022.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE